UNITED STATES of America,
Plaintiff-Appellee,

v.

John Henry SHOFFEITT, Defendant-
Appellant.

No. 72–2138

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Oct. 10, 1972.

———◆———

Edward T. M. Garland, Donald Good-
man, Atlanta, Ga., for defendant-appel-
lant.

John W. Stokes, U. S. Atty., Robert L.
Smith, Asst. U. S. Atty., Atlanta, Ga.,
for plaintiff-appellee.

Before GEWIN, AINSWORTH and
SIMPSON, Circuit Judges.

PER CURIAM:

John Henry Shoffeitt appeals from
his adjudication of guilt and sentence to

two years confinement after a jury ver-
dict of guilty for unlawfully, wilfully
and knowingly concealing a quantity of
non-taxpaid distilled spirits in a certain
1969 black Ford automobile, in violation
of Section 5601(a)(12), Title 26, U.S.
Code. The sole question raised on this
appeal is the sufficiency of the evidence
to support the verdict of the jury.

Although the evidence was in conflict,
when viewed in the light most favorable
to the government, Glasser v. United
States, 1944, 315 U.S. 60, 62 S.Ct. 457,
86 L.Ed. 680, it amply supported the
jury's verdict.

The judgment appealed from is

Affirmed.

*Rule 18, 5 Cir.; see Isbell Enterprises,
Inc. v. Citizens Casualty Company of New

York et al., 5 Cir. 1970, 431 F.2d 409,
Part I.